UNITED STATES of America,
Plaintiff–Appellee,

v.

Bruce Lee RICHARDSON, a/k/a Chino,
Defendant–Appellant.

No. 13–8050.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 27, 2014.

Decided: April 1, 2014.

Bruce Lee Richardson, Appellant Pro Se. Donald David Gast, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Lee Richardson appeals the district court's orders denying his motion to compel and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Richardson,* No. 2:06–cr–00010–MR–1 (W.D.N.C. June 11, 2013; Dec. 2, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*